UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CRYSTAL T.**,

    **Plaintiff,**

v.                          Civil Action 3:24-cv-63
                              Magistrate Judge Chelsey M. Vascura

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This matter is before the Court for consideration of the parties' Joint Motion to Remand. (ECF No. 08.) Per the parties' agreement, on remand, the Appeals Council will remand the matter to the Administrative Law Judge for further proceedings, and the ALJ will take any further action to complete the administrative record, offer Plaintiff a new hearing, and issue a new decision. Accordingly, this case is **REMANDED** to the Commissioner and the Administrative Law Judge under Sentence Four of § 405(g) for further proceedings.

    **IT IS SO ORDERED.**

                                        /s/ *Chelsey M. Vascura*
                                        CHELSEY M. VASCURA
                                        UNITED STATES MAGISTRATE JUDGE